GENOVA & MALIN
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590
Tele: (845) 298-1600
Fax: (845) 298-1265

March 8, 2010

**VIA FACSIMILE(914-366-0080) AND EMAIL**
Mark Knuckles, Esq.
KNUCKLES, KOMOSINSKI & ELLIOTT, LLP
565 Taxter Road, Suite 590
Elmsford, New York 10523

      Re: Susan F. Peterkin, Case No. 08-35102(CGM)

Dear Mr. Knuckles:

      I am in receipt of your letter regarding the status of the above debtor's Loss Mitigation. Be advised, that we have not received any correspondence from either yourself or the mortgagee with regard to a financial package or the designation of a contact person, as required by the Court's Loss Mitigation Order.

      Accordingly, please provide this firm with the name, address and information regarding the contact person and the date upon which the financial package was forwarded to me by your firm together with a copy of same. Kindly recheck the address that you have used in the past to assure that all further mail reaches my office.

      Lastly, as of the date of the filing of the loss mitigation, I have been in possession of many financial documents that I will deliver to you at the Conference on this matter scheduled for March 9, 2010 at 9:30 a.m.

      Thank you for your attention to this matter.

      Very truly yours,

      GENOVA & MALIN
      /s/ Andrea B. Malin
      ANDREA B. MALIN